UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CRIMINAL CASE NO. 04-03-DCR
§2255 MOTION FILED AS:
CIVIL ACTION NO. 05-486-DCR

Eastern District of Kentucky
FILED

NOV 0 2 2005

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                          **MEMORANDUM AND ORDER**

ROBERT J. GRANT                                            DEFENDANT

*******

   This matter is before the Court upon the motion entitled "Renewed Motion for
Documents and Transcripts From Clerk's Office" (DE#36) by the pro se prisoner,
Robert J. Grant.

   In his §2255 motion, Grant alleges "ineffective assistance of counsel"
because: 1) counsel allegedly "misadvised" him that he would get concurrent
sentences, 2) counsel did not object to the PSI which, according to defendant,
reflected an incorrect "Criminal Category VI" because his prior drug convictions
were allegedly not "crimes of violence", and 3) counsel failed to appeal the
sentence imposed. As the defendant claimed error in his sentence and complained
that counsel misadvised him with respect to his sentence, the defendant was
provided a copy of his plea agreement (DE#24) and the sentencing transcript
(DE#32), both of which were relevant to his sentencing.

   Defendant now makes the generalized claim that if the Court had
"conducted a proper examination of petitioner pursuant to Rule #11, the court
would have discovered that petitioner's decision to enter a plea of guilty was
based on faulty legal advice and promises from defense counsel." DE#36, p. 2-3.
He asks for copies of the transcript of his plea hearing (DE#18) and his notice of
appeal. In the first place, review of the record does not reflect any notice of
appeal. Secondly, the prisoner's own statement shows why the transcript of the
plea hearing does not contain anything of relevance to defendant's §2255
arguments. Moreover, prisoners will not be provided copies of documents merely
to conduct a "fishing" expedition. Absent any showing of relevancy or
particularized need, "blanket requests" are generally denied. See, e.g, <u>United</u>

1

<u>States v. Newsome</u>, 257 F. Supp. 201 (N.D. Ga. 1966); <u>United States v. Williams</u>, 427 F.Supp. 72 (D.C. Del. 1976); <u>Bozeman</u>, supra, 354 F.Supp. 1262.

Accordingly,

It is **ORDERED** that the "Renewed Motion for Documents and Transcripts From Clerk's Office" (DE#36) by the pro se prisoner Robert J. Grant is **DENIED**.

This the 2nd ⎯⎯⎯⎯⎯ day of November, 2005.



Signed By:
*J. B. Johnson, Jr.*
United States Magistrate Judge

2